opinion
filed April 21, 1948; released for publication May 7, 1948. Whitty &
McGah, for appellant; Arthur W. Kennelly, of counsel; Mitchell
Kilanowski, for appellee. Opinion by JUSTICE KILEY. Not to be pub-
lished in full.

## Marcel A. Ackermann, Appellee, v. Josephine C. Ackermann, Appellant.

### Gen. No. 44,219.

opinion filed
April 21, 1948; released for publication May 7, 1948. Francis F. Moran,
for appellant; Harry G. Fins, for appellee. Opinion by JUSTICE KILEY.
Not to be published in full.

## Josephine Franks Glaser, Appellant, v. Chicago Title and Trust Company, Appellee. Moses Levitan et al., and Norvin H. Franks et al., Appellees.

### Gen. No. 44,234.